

# NUMBER 13-23-00240-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JIMMY CERVANTES,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                        Appellee.

## On appeal from the 107th District Court
## of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Justices Tijerina, Silva, and Peña
### Memorandum Opinion by Justice Silva

Appellant filed a notice of appeal attempting to appeal a judgment in trial court cause number 2021-DCR-84-A. We dismiss the appeal for want of jurisdiction.

Upon review of the documents filed, the trial court has certified that this "is a plea bargain case, and the [d]efendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). On June 7, 2023, the Court ordered appellant's counsel to review the record and

determine whether appellant had a right to appeal. On June 21, 2023, appellant's counsel responded stating that the notice of appeal was filed only out of an abundance of caution. Appellant's counsel, after reviewing the record and speaking with trial counsel, reached the conclusion that the trial certificate was correct, and that appellant does not have the right of appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d), 37.1, 44.3. Accordingly, this case is dismissed for want of jurisdiction.

CLARISSA SILVA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
29th day of June, 2023